UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Cross,<br><br>　　　Plaintiff<br><br>v.<br><br>Golden Nugget Hotel & Casino, et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-00611-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 17, 18] |

　　　The magistrate judge screened Plaintiff Shawn Cross's complaint and dismissed it with leave to amend by December 28, 2022.[1] In the dismissal order, the magistrate judge explained the numerous deficiencies that required dismissal: Cross's complaint was mostly a blank form, lacking factual allegations and alleging merely that the Golden Nugget and Troy Liquor Bar violated Nevada Revised Statutes 608.080–190; and Cross does not allege that this court has jurisdiction over these state-law claims, and a liberal construction of his complaint and its attachments reveals no basis for federal jurisdiction, leaving this court without the power to decide this dispute.[2] Though it did not appear to the magistrate judge that Cross could state a federal claim, he gave Cross leave to amend and instructions on how to amend his complaint to attempt to do so.[3]

　　　Cross did not amend his complaint by the December 28, 2022, deadline, so the magistrate judge recommends that I dismiss this action with prejudice.[4] Cross filed a timely response to that recommendation, but his three-sentence objection is silent about the

---

[1] ECF No. 16.
[2] *Id.*
[3] *Id.* at 4.
[4] ECF No. 17.

jurisdictional problem and pleading deficiencies, and Cross still has not filed an amended complaint.

IT IS THEREFORE ORDERED that Cross's objection **[ECF No. 18] is OVERRULED,** the magistrate judge's report and recommendation **[ECF No. 17] is ADOPTED in full** for the reasons stated therein and in the magistrate judge's dismissal order [ECF No. 16]. **This action is DISMISSED** without prejudice to Cross's ability to file it in state court, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 23, 2023